**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Thomas**<br>First name<br><br>_____<br>Middle name<br><br>**Lucia**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Tom Lucia**<br>**Thomas M. Lucia, Jr.** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7312 | |

Debtor 1 **Thomas Lucia**     Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **14 State Street**<br>**North Haven, CT 06473**<br>Number, Street, City, State & ZIP Code<br><br>**New Haven**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>    Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Thomas Lucia**                                    Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☒ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **James O'Neill** | | Relationship to you | **Co-Member** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Jonathan O'Neill** | | Relationship to you | **Co-Member** |
| District | **Connecticut** | When | Case number, if known | |

**11. Do you rent your residence?**

- ☒ No.    Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 __Thomas Lucia_____  Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Thomas Lucia**                                              Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Thomas Lucia_____                       Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Thomas Lucia**_____                 _____
**Thomas Lucia**                                                Signature of Debtor 2
Signature of Debtor 1

Executed on   **September 12, 2024**                            Executed on  _____
              MM / DD / YYYY                                                  MM / DD / YYYY

Debtor 1  **Thomas Lucia**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Stuart H. Caplan**  Date  **September 12, 2024**
Signature of Attorney for Debtor    MM / DD / YYYY

**Stuart H. Caplan ct12643**
Printed name

**Law Offices of Neil Crane, LLC**
Firm name

**2679 Whitney Avenue**
**Hamden, CT 06518**
Number, Street, City, State & ZIP Code

Contact phone  **203-230-2233**  Email address  **stuart@neilcranelaw.com**

**ct12643 CT**
Bar number & State

ADT Security Services
Attn: President / Manager
3190 South Vaughtn Way
Aurora, CO 80014

Affirm, Inc.
Attn: President / Manager
650 California Street, FL 12
San Francisco, CA 94108

Affirm, Inc.
Attn: President / Manager
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212

AG Adjustments
Attn: President / Manager
One Huntington Quadrangle, Ste 4N15
Melville, NY 11747

AG Adjustments
Attn: President / Manager
PO Box 9090
Melville, NY 11747

Airgas USA, LLC
Attn: President / Manager
PO Box 1152
Tulsa, OK 74101

Airgas USA, LLC
Attn: President / Manager
30 N. Plains Industrical Rd
Wallingford, CT 06492-2357

Amazon Freight
Attn: President / Manager
PO Box 81226
Seattle, WA 98108-1226

Amazon Legal Department
Attn: President / Manager
2021 7th Ave
Seattle, WA 98121

Amazon Lending  
Attn: President / Manager  
325 9th Ave N.  
Seattle, WA 98109-5210

Amazon.com  
Attn: President / Manager  
PO Box 960013  
Orlando, FL 32896-0013

American Coradius Internationa  
Attn: President / Manager  
2420 Sweet Home Road, Ste. 150  
Amherst, NY 14228-2244

American Honda Finance  
Attn: President / Manager  
600 Kelly Way  
Holyoke, MA 01040-9681

Apple Card/GS Bank  
Attn: President/Manager  
Lockbox 6112  
P.O. Box 7247  
Philadelphia, PA 19170

Aqua Finance, Inc.  
Attn: President/Manager  
P.O. Box 844  
Wausau, WI 54402-0844

ARS National Services Inc.  
Attn: President / Manager  
201 West Grand Avenue  
Escondido, CA 92046-9100

Attorney General of the United States  
Attn: President / Manager  
US Department of Justice  
950 Pennsylvania Avenue  
Washington, DC 20530-0001

Attorney Lauren Dorsett  
Attn: President / Manager  
Davis Wright Tremaine, LLP  
920 5th Ave, Suite 3300  
Seattle, WA 98104-1610

```
Barclay Card
Attn: President / Manager
PO Box 13337
Philadelphia, PA 19101-3337


C T Corporation System R/A
Attn: President / Manager
Walmart
1200 South Pine Island Road
Fort Lauderdale, FL 33324


Capital Management Services, LP
Attn: President / Manager
698 1/2 South Ogden Street
Buffalo, NY 14206-2317


Capital One
Attn:  President / Manager
PO Box 30285
Salt Lake City, UT 84130


Citi Cards
Attn: President / Manager
PO Box 9001037
Louisville, KY 40290


Civil Process Clerk
Attn: President / Manager
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510


Comcast
Attn: President/Manager
P.O. Box 70219
Philadelphia, PA 19176-0219


Corporation  Service Company R/A
Attn: President / Manager
Amazon.com Services, LLC
1201 Hays Street
Tallahassee, FL 32301


Coyote Logistics
Attn: President / Manager
2545 W. Diversey Ave
Chicago, IL 60647
```

```
De Lage Laden Financial Services
Attn: President / Manager
Kareen Monroe
PO Box 825736
Philadelphia, PA 19182-5736


Discover Bank
Attn: President / Manager
6500 New Albany Rd E
New Albany, OH 43054


dLL Financial Partners
Attn: President / Manager
1111 Old Eagel School Road
Wayne, PA 19087


Elm City IP Holdings
Attn: President / Manager
110 Republic Drive
North Haven, CT 06473


Estes
Attn: President / Manager
PO Box 25612
Richmond, VA 23260-5612


Feedvisor
Attn: President / Manager
122 Grand St, Suite 23,
New York, NY 10013


GM Financial
Attn: President / Manager
PO Box 78143
Phoenix, AZ 85062-8143


GS Bank USA-General Motors
Attn: President/Manager
200 West Street
New York, NY 10282


Honda Financial Services
Attn: President / Manager
PO Box 168088
Irving, TX 75016-8080
```

```
Idea 247 Inc
Attn: President / Manager
c/o Justin Leto
200 SE 1st St, Suite 703
Miami, FL 33131


IDEA 247 Inc. aka Idea Financial
Attn: President / Manager
200 SE 1st Street, Suite 703
Miami, FL 33131


Idea Financial Finance Dept
Attn: President / Manager
200 South East 1st St
Suite 703
Miami, FL 33131


Internal Revenue Service
Attn: President / Manager
PO Box 7346
Philadelphia, PA 19101-7346


James J. Perito, Esquire
Attn: President / Manager
265 Church Street
New Haven, CT 06510


Jordan's Furniture Credit Card
Attn: President / Manager
PO Box 100114
Columbia, SC 29202-3114


Joseph O'Connor
Attn: President / Manager
O'connor & O'connor
7 Bayview Avenue
Northport, NY 11768


JPMCB Card Services
Attn: President / Manager
PO Box 15369
Wilmington, DE 19850
```

```
Justin Leto
Attn: President / Manager
CFO Idea Financial
200 SE 1st St, #200
Miami, FL 33131


Karen Monroe
Attn: President / Manager
Lease Direct
PO Box 6980
Wayne, PA 19087


Lease Direct
Attn: President / Manager
PO Box 6980
Wayne, PA 19087


Liberty Bank
Attn: President / Manager
315 Main Street
Middletown, CT 06457


Lowe's
Attn: President / Manager
PO Box 669807
Dallas, TX 75266-0759


Marlin Capital Solutions
Attn: President / Manager
300 Fellowship Rd
Mount Laurel, NJ 08054


Nannette Stice
Attn: President / Manager
Altus Receivables Management
PO box 186
Metairie, LA 70004


NewRez
Attn: President / Manager
PO Box 8068
Virginia Beach, VA 23450


Oak Ridge Hauling
Attn: President / Manager
PO Box 1937
Danbury, CT 06813
```

```
Parafin Inc.
Attn: President / Manager
301 Howard St, Ste 1500
San Francisco, CA 94105


PayPal Inc.
Attn: President / Manager
2211 North 1st Street
San Jose, CA 95131


PC Richard & Son/Synchrony
Attn: President / Manager
PO Box 960061
Orlando, FL 32896-0061


PEAC
Attn: President / Manager
300 Fellowship Road
Mount Laurel, NJ 08054


Phillips & Cohen Assoc. Ltd.
Attn: President / Manager
1002 Justison Street
Wilmington, DE 19801


Pilgrim Furniture City/Furniture First
Attn: President / Manager
PO Box 100114
Columbia, SC 29202-3114


Radius Global Solutions
Attn: President / Manager
P.O. Box 390905
Minneapolis, MN 55439


SCGC
Attn: President / Manager
PO Box 847819
Boston, MA 02284-7819


Scott Briskin
Attn: President / Manager
A. G. Adjustments LTD
PO Box 9090
Melville, NY 11747
```

Shriley Wong  
Attn: President / Manager  
301 Howard Street, Ste 5  
San Francisco, CA 94105

Sofi Bank, N.A.  
Attn: President/Manager  
2750 Cottonwood Parkway Suite 300 Assoc.  
Cotton Heights, UT 84121

State of Connecticut - DRS  
Attn: President / Manager  
Collections Unit - Bankruptcy  
450 Columbus Blvd., Ste. 1  
Hartford, CT 06103-1837

Steven Maniloff, Esquire  
Attn: President / Manager  
Montomery McCracken Walker Rhoads LLP  
1735 Market St, 21st Fl  
Philadelphia, PA 19103

Synchrony Bank  
Attn: President / Manager  
Bankruptcy Department  
PO Box 965060  
Orlando, FL 32896-5060

Tashieka Wiggan, Collection Specialist  
Attn: President / Manager  
300 Fellowship Road  
Mount Laurel, NJ 08054

TD Retail Card Services  
Attn: President / Manager  
PO Box 100114  
Columbia, SC 29202-3114

Thayer Distribution Inc.  
Attn: President / Manager  
500 Springbrooke Blvd  
Aston, PA 19014

Uline  
Attn: President / Manager  
12575 Uline Drive  
Pleasant Prairie, WI 53158

United Illuminating
Attn: President / Manager
100 Marsh Hill Road
Orange, CT 06477

UPS
Attn: President / Manager
PO Box 7247-0244
Philadelphia, PA 19170-0001

US Small Business Admin.
Attn: President / Manager
PO Box 3918
Portland, OR 97208-3918

US Small Business Admin.
Attn: President / Manager
280 Trumbull St, 2nd Floor
Hartford, CT 06103

US Small Business Administration
Attn: President / Manager
409 3rd St, SW
Washington, DC 20416

Volkswagen Credit
Attn: President / Manager
PO Box 5215
Carol Stream, IL 60197-5215

Walmart Corporate
Attn: President / Manager
Attn: Legal Department
702 SW 8th Street
Bentonville, AR 72716-0160

WB Mason Co., Inc.
Attn: President / Manager
PO Box 981101
Boston, MA 02298-1101

Willie Love
Attn: President / Manager
Aubrey Thrasher
12 Powder Spring St, Ste 240
Marietta, GA 30064

```
Yale-New Haven Health
Attn: President / Manager
PO Box 788327
Philadelphia, PA 19178-8327
```